## Albert Pirek, Appellee, v. Frank E. Scott, Appellant.

### Gen. No. 22,018.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. J. J. COOKE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed May 31, 1917.

### Statement of the Case.

Action by Albert Pirek, plaintiff, against Frank E. Scott, defendant, for money had and received. From a judgment for plaintiff for six hundred dollars, defendant appeals.

MAYER, MEYER, AUSTRIAN & PLATT, for appellant.

WILLIAM J. DILLON, for appellee.

MR. JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

1. ASSUMPSIT, ACTION OF, § 89*—*when evidence sufficient to show loan to defendant personally.* In an action to recover money loaned

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

defendant, which plaintiff claimed was loaned defendant personally, while defendant claimed it was loaned to a company of which he was president and the notes of which plaintiff received, evidence *held* sufficient to support a finding for plaintiff.

2.   WITNESSES, § 279*—*what is admissible to contradict witness.* A letter written by a witness which tended to contradict him, *held* properly admitted.

3.   APPEAL AND ERROR, § 1514*—*when improper remarks of counsel are harmless error.* In an action to recover money loaned, the act of plaintiff's counsel in referring to plaintiff as a "poor workingman" is not ground for reversal where, on objection, the word "poor" was withdrawn and it was admitted that plaintiff was not poor.

4.   APPEAL AND ERROR, § 1514*—*when error in conduct of counsel is harmless.* Where a reference by plaintiff's counsel to defendant's witness as a "liar" is objected to and on defendant's motion is stricken from the record, there is no reversible error.